422 A.2d 1176

Evans v. Evans, Appellant.

Argued June 19, 1979.   David C. Dickson, Jr., for appellant;   J. J. McCluskey, for appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Order affirmed.